QIANCHANG WU, Petitioner,

v.

Loretta E. LYNCH, Attorney,
General, Respondent.

No. 12–73458.

United States Court of Appeals,
Ninth Circuit.

---

Submitted Nov. 18, 2015.*

Filed Nov. 25, 2015.

Albert Chow, Lin & Chow, Monterey Park, CA, for Petitioner.

OIL, Carmel Aileen Morgan, Esquire, Trial, U.S. Department of Justice, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: O'SCANNLAIN, FERNANDEZ, and M. SMITH, Circuit Judges.

### ORDER **

Respondent's motion to remand this case to the Board of Immigration Appeals for administrative closure is GRANTED. As requested, the parties shall bear their own attorney's fees and costs on appeal.

This order served on the Board of Immigration Appeals shall constitute the mandate of this court.

REMANDED.

---

* The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

